UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SIKHS FOR JUSTICE INC on behalf of deceased :
and injured members of the Sikh community, :
JASBIR SINGH, MOHENDER SINGH, :
Individually and on behalf of his deceased father :
SARDAR DARSHAN SINGH, DAVINDER :
PAL BHATIA, IQBAL KAUR BHATIA, : 10 CV 2940 (RWS)
Individually and on behalf of her deceased father :
ANANT SINGH and deceased son MANVINDER :
SINGH BHATIA, MANJIT SINGH and :
TEJINDER SINGH, on behalf of their deceased :
brother GURSHARAN SINGH RISHI and :
KAMALJIT KAUR GIRIN, Individually and on : **NOTICE OF APPEAL**
behalf of her deceased husband JARNAIL SINGH :
GIRIN, and on behalf of all those similarly :
situated, :
         Plaintiffs, :
   - against - :
 :
INDIAN NATIONAL CONGRESS PARTY, :
a/k/a, "CONGRESS (I)," and KAMAL NATH, :
a national and citizen of India, :
         Defendants, :
 :
   - and - :
 :
INDIAN LEGAL HERITAGE , :
 :
         Intervenor. :
 :
------------------------------------------------------------ X

  Notice is hereby given that the following parties: all plaintiffs and those they seek to represent including members of the putative class in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the judgment entered on April 28, 2014 that: granted the motion to dismiss filed by defendant Indian National Congress Party, a/k/a, "Congress (I)"and dismissed plaintiffs' second amended complaint on the ground that the court

1

lacked subject matter jurisdiction under Rule 12(b)(1) and h(3), Fed. R. Civ. P. (including seeking review thereby as well of those parts of certain non-final orders entered on March 7 and September 21, 2012, respectively, that contained determinations adverse to plaintiffs which necessarily affected said judgment).

Dated: New York, New York
       May 23, 2014

                                      MICHAEL F. FITZGERALD, ESQ.

                                      By _____
                                      Michael F. Fitzgerald, Esq.
                                      Attorney for Plaintiffs
                                      410 Park Avenue - Suite 1530
                                      New York, New York 10022
                                      (212) 939-7281
                                      (212) 751-3500 (f)
                                      Mfitzjustice@aol.com

TO:

The Law Firm of Ravi Batra, P.C.
Att: Ravi Batra, Esq.
Attorneys for defendant Indian National Congress Party, a/k/a, "Congress (I)"
142 Lexington Avenue
New York, New York 10016
(212) 545-1993
(212) 545-0967 (f)
ravi@ravibatralaw.com

Pillsbury Winthrop Shaw Pittman LLP
Att: David M. Lindley, Esq.
Attorneys for defendant Kamal Nath
1540 Broadway
New York, New York 10038
(212) 858-1000
(212) 858-1500 (f)
david.lindley@pillsburylaw.com

2

Dahiya Law Group LLC
Att: Karamvir Dahiya, Esq.
Attorneys for Intervenor, Indian Legal Heritage
350 Broadway - Ste. 412
New York, New York 10013
(212) 766-8000
(212) 766-8001 (f)
SDNY@legalpundit.com

CLOSED,APPEAL,ECF,PRO−SE

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:10−cv−02940−RWS

| | |
|---|---|
| "Sikhs For Justice" et al v. Nath | Date Filed: 04/06/2010 |
| Assigned to: Judge Robert W. Sweet | Date Terminated: 04/28/2014 |
| Cause: 28:1331 Federal Question: Other Civil Rights | Jury Demand: Plaintiff |
| | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**"Sikhs For Justice"**
350 Fifth Ave
59th Floor
New York, NY 10118
*on behalf of deceased and injured member of Sikhs community, and on behalf of all those similarly situated*

represented by **Michael F. Fitzgerald**
Michael F. Fitzgerald, Esq.
410 Park Avenue, Suite 1530
New York, NY 10022
(212) 939−7281
Fax: (212) 751−3500
Email: mfitzjustice@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jasbir Singh**
350 Fifth Ave
59th Floor
New York, NY 10118
*Individually and on behalf of his deceased father Sardar Darshan Singh, and on behalf of all those similarly situated*

represented by **Michael F. Fitzgerald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mohinder Singh**
*Individually and on behalf of his deceased father Sardar Darshan Singh, and on behalf of all those similarly situated*

represented by **Michael F. Fitzgerald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Manjit Singh**
*on behalf of her deceased brother Gursharan Singh Rishi, and on behalf of all those similarly situated*

represented by **Michael F. Fitzgerald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tejinder Singh**
*on behalf of her deceased brother Gursharan Singh Rishi, and on behalf of all those similarly situated*

represented by **Michael F. Fitzgerald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Davinder Pal Bhatia**
*and on behalf of all those similarly situated*

represented by **Michael F. Fitzgerald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Iqbal Kaur Bhatia**
*Individually and on behalf of her deceased father Anant Singh and deceased son Manvinder Singh Bhatia,*

represented by **Michael F. Fitzgerald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*and on behalf of all those similarly situated*

### Plaintiff

**Kamaljit Kaur Girin**  
*Individually and on behalf of her deceased husband Jarnail Singh Girin, and on behalf of all those similarly situated*

represented by **Michael F. Fitzgerald**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Kamal Nath**  
*a national and citizen of India*  
TERMINATED: 03/07/2012

represented by **David Morrison Lindley**  
Pillsbury Winthrop Shaw Pittman, LLP (NY)  
1540 Broadway  
New York, NY 10036  
(212) 858–1000  
Fax: (917) 464–6443  
Email: david.lindley@pillsburylaw.com  
*LEAD ATTORNEY*

### Defendant

**Indian National Congress Party**  
*also known as*  
Congress (I)

represented by **Geoffrey Shannon Stewart**  
Jones Day (NYC)  
222 East 41st Street  
New York, NY 10017  
(212)–326–3939  
Fax: (212)–755–7306  
Email: gstewart@jonesday.com  
*TERMINATED: 07/16/2013*  
*LEAD ATTORNEY*

**Ravi Batra**  
The Law Firm of Ravi Batra, P.C  
The Batra Building, 142 Lexington Avenue  
New York, NY 10016  
(212)–545–1993  
Fax: (212)–545–0967  
Email: ravibatralaw@aol.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Thomas E. Lynch**  
Jones Day (NYC)  
222 East 41st Street  
New York, NY 10017  
(212)326–3897  
Fax: (212)755–7306  
Email: telynch@jonesday.com  
*TERMINATED: 07/16/2013*  
*LEAD ATTORNEY*

**Jonathan Marc Freiman**  
Wiggin and Dana LLP  
One Century Tower, P.O. Box 1832  
New Haven, CT 06508–1832  
(203)–498–4584  
Fax: 203–782–2889  
Email: jfreiman@wiggin.com

*TERMINATED: 06/24/2011*

**Scott David Corrigan**
Wiggin and Dana LLP(New York)
450 Lexington Avenue, Suite 3800
New York, NY 10017
(212) 551–2605
Fax: (212) 490–0536
Email: scorrigan@wiggin.com
*TERMINATED: 06/24/2011*

**Defendant**

**Kamal Nath**
*a national and citizen of India*

**Intervenor**

**Indian Legal Heritage**      represented by    **Karamvir Dahiya**
Dahiya Law Group LLC
350 Broadway, Suite 412
New York, NY 10013
(212)–766–8000
Fax: (212)–766–8001
Email: SDNY@legalpundit.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2010 | 1 | COMPLAINT against Kamal Nath. (Filing Fee $ 350.00, Receipt Number 899527)Document filed by "Sikhs For Justice", Jasbir Singh, Mohinder Singh.(mro) (Entered: 04/07/2010) |
| 04/06/2010 | | SUMMONS ISSUED as to Kamal Nath. (mro) (Entered: 04/07/2010) |
| 04/06/2010 | | Magistrate Judge James L. Cott is so designated. (mro) (Entered: 04/07/2010) |
| 04/13/2010 | 2 | NOTICE OF APPEARANCE by Karamvir Dahiya on behalf of Indian Legal Heritage (Dahiya, Karamvir) (Entered: 04/13/2010) |
| 08/05/2010 | 3 | SUMMONS RETURNED EXECUTED Summons and Complaint served. Kamal Nath served on 4/6/2010, answer due 4/27/2010. Service was made personally on the individual. Document filed by Mohinder Singh; Jasbir Singh. (mro) (Entered: 08/06/2010) |
| 09/07/2010 | 4 | PRETRIAL ORDER The above entitled action has been assigned to Judge Robert W. Sweet for all purposes. Counsel are directed to meet and discuss settlement, pretrial discovery and all preliminary matters. Interrogatories shall be served in accordance with Local Rule 33.3. A letter application must be made for any interrogatory sought under Rule 33.3(b). All documents produced in response to request for documents pursuant to Rule 34, Fed.R.Civ.P. shall be. produced as maintained in the usual course of business or as organized and labelled to correspond with categories requested. If this action has been settled or otherwise terminated, counsel are directed to file or mail a stipulation of discontinuance, voluntary dismissal, or other proof of termination of the action prior to the date of the pretrial conference with Tsz Chan, Courtroom Clerk to Judge Sweet, Room 18C, u.s. Courthouse, 500 Pearl Street, New York, New York 10007; otherwise counsel are directed to appear in courtroom 18C on Sept 22, 10 at 4:30pm for a pretrial conference for the purpose of discussing settlement with the court, exploring contemplated motions, stipulating facts, arranging a plan and schedule for all discovery, resolving any anticipated discovery issues, and setting a time for trial. Plaintiff(s)' counsel ARE REQUIRED TO NOTIFY COUNSEL FOR ALL PARTIES OF THIS CONFERENCE. It is so ordered. ( Pretrial Conference set for 9/22/2010 at 04:30 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 9/7/2010) |

| | | |
|---|---|---|
| | | (jmi) Modified on 9/8/2010 (jmi). (Entered: 09/08/2010) |
| 09/10/2010 | 5 | ORDER. Please be advised that the conference scheduled for 9/22/10 has been rescheduled to 9/29/10 at 4:30 p.m. in Courtroom 18C. (Pretrial Conference set for 9/29/2010 at 04:30 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 9/10/10) (rjm) Modified on 9/21/2010 (rjm). (Entered: 09/10/2010) |
| 09/27/2010 | 6 | ORDER, Please be advised that the conference scheduled for Sept. 29, 10 has been rescheduled to Nov. 3, 10 at 4:30 PM in Courtroom 18C. Please notify opposing counsel of the change. (Signed by Judge Robert W. Sweet on 9/27/10) (pl) Modified on 9/28/2010 (pl). (Entered: 09/28/2010) |
| 09/27/2010 | 7 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Avtar Singh, Jasbir Singh and Mohinder Singh dated 9/21/10 re: plaintiffs requests that the court kindly reschedule the pre–trial conference currently set for September 29, 2010 and calendar the same about ninety days (90) from now to allow the plaintiffs to retain a counsel to represent them in this case. ENDORSEMENT: PTC in 60 days. So Ordered. (Signed by Judge Robert W. Sweet on 9/27/10) Copies Faxed By Chambers. (pl) (Entered: 09/28/2010) |
| 09/30/2010 | 8 | NOTICE OF CHANGE OF ADDRESS by Karamvir Dahiya on behalf of Indian Legal Heritage. New Address: Dahiya Law Group LLC, 350 Broadway, Suite 412, New York, New York, 10013, 212 766 8000. (Dahiya, Karamvir) (Entered: 09/30/2010) |
| 10/06/2010 | 9 | AMENDED ORDER. Please be advised that the conference scheduled for 9/29/10 has been rescheduled to 12/1/10 at 4:30 p.m. in Courtroom 18C. (Conference set for 12/1/2010 at 4:30 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 10/6/10) (rjm) (Entered: 10/06/2010) |
| 11/05/2010 | 10 | AMENDED ORDER: Please be advised that the conference scheduled for 12/1/10 has been rescheduled to 12/1/10 at 10:00 AM in Courtroom 18C.( Pretrial Conference set for 12/1/2010 at 10:00 AM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 11/5/10) (mro) (Entered: 11/05/2010) |
| 12/07/2010 | 11 | NOTICE OF APPEARANCE by Michael F. Fitzgerald on behalf of "Sikhs For Justice", Jasbir Singh, Mohinder Singh (Fitzgerald, Michael) (Entered: 12/07/2010) |
| 12/10/2010 | 12 | PRETRIAL ORDER filed. Pretrial Conference set for 2/9/2011 at 04:30 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet. (Signed by Judge Robert W. Sweet on 12/10/10) (cd) (Entered: 12/10/2010) |
| 01/21/2011 | 13 | NOTICE OF CHANGE OF ADDRESS by Michael F. Fitzgerald on behalf of All Plaintiffs. New Address: Michael F. Fitzgerald, Esq., 100 Park Avenue – Suite 1600, New York, New York, USA 10017, 212 939–7281. (Fitzgerald, Michael) (Entered: 01/21/2011) |
| 02/02/2011 | 14 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Michael F. Fitzgerald dated 1/28/11 re: Counsel to plaintiffs request a brief extension of the plaintiffs' time to file an amended complaint. ENDORSEMENT: Time to file an amended complaint will be extended twenty days. (Signed by Judge Robert W. Sweet on 2/1/11); (djc) (Entered: 02/02/2011) |
| 02/11/2011 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Status Conference held on 2/11/2011 at 11:00 AM. Parties are directed to submit a briefing schedule. (ab) (Entered: 02/16/2011) |
| 02/28/2011 | 17 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by "Sikhs For Justice".(ama) (Entered: 03/07/2011) |
| 03/01/2011 | 16 | FIRST AMENDED COMPLAINT amending 1 Complaint against Kamal Nath, Indian National Congress Party with JURY DEMAND.Document filed by Mohinder Singh, Jasbir Singh, "Sikhs For Justice", Manjit Singh, Tejinder Singh, Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin. Related document: 1 Complaint filed by Mohinder Singh, Jasbir Singh, "Sikhs For Justice". |

| | | |
|---|---|---|
| | | ***Affirmation of Service attached hereto.(mro) (Entered: 03/02/2011) |
| 03/02/2011 | 15 | AFFIDAVIT OF SERVICE of first amended complaint served on Kamal Nath, Indian Legal Heritage on 03/01/2011. Service was accepted by Pillsbury Winthrop and Karamvir Dahiya. Document filed by Jasbir Singh, Mohinder Singh. (Fitzgerald, Michael) (Entered: 03/02/2011) |
| 03/18/2011 | 18 | ENDORSED LETTER addressed to Judge Robert W. Sweet from David M. Lindley, dated 3/11/2011, re: Counsel writes to ask the Court to (i) confirm the April 4 (moving papers), May 4 (opposition papers), May 17 (reply papers), and June 1 (oral argument) briefing and oral argument schedule, and to (ii) schedule a conference to discuss whether Mr. Fitzgerald's proposed motions should be cross motions or deferred until resolution of these preliminary matters. ENDORSEMENT: So Ordered. (Signed by Judge Robert W. Sweet on 3/17/2011) (lnl) (Entered: 03/18/2011) |
| 03/18/2011 | | Set Deadlines: Motions due by 4/4/2011. Responses due by 5/4/2011. Replies due by 5/17/2011. (lnl) (Entered: 03/18/2011) |
| 03/28/2011 | 19 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Adam Finkel dated 3/25/2011 re: Counsel respectfully request until 6/24/11 for INCP to respond to the First Amended Complaint and Summons. ENDORSEMENT: So Ordered. (Signed by Judge Robert W. Sweet on 3/25/2011) (jfe) (Entered: 03/28/2011) |
| 03/28/2011 | 20 | NOTICE OF APPEARANCE by Scott David Corrigan on behalf of Indian National Congress Party (Corrigan, Scott) (Entered: 03/28/2011) |
| 03/30/2011 | 21 | ENDORSED LETTER addressed to Judge Robert W. Sweet from David M. Lindley dated 3/29/2011 re: The parties suggest the same initiation date: his Stage 1 moving papers be filed on June 24, 2011, that opposition papers be filed on July 25, 2011, replies filed on August 8, 2011, and oral argument either August 9, 2011 or at the Court's convenience. Counsel also request a conference to discuss when any proposed motions by plaintiffs should be scheduled. ENDORSEMENT: So Ordered. (Signed by Judge Robert W. Sweet on 3/29/2011) (jfe) (Entered: 03/30/2011) |
| 03/30/2011 | | Set/Reset Deadlines: Motions due by 6/24/2011. Responses due by 7/25/2011 Replies due by 8/8/2011. (jfe) (Entered: 03/30/2011) |
| 04/04/2011 | 23 | MOTION for Jonathan M. Freiman to Appear Pro Hac Vice. Document filed by Indian National Congress Party.(mbe) (Entered: 04/06/2011) |
| 04/05/2011 | 22 | ORDER: Defendants' Stage I motions will be heard at noon on Wednesday, September 21, 2011, in Courtroom 18C. All motion papers shall be served in accordance with the stipulated briefing schedule, dated March 29, 2011. So Ordered (Signed by Judge Robert W. Sweet on 4/5/2011) (js) (Entered: 04/05/2011) |
| 04/13/2011 | | CASHIERS OFFICE REMARK on 23 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 04/04/2011, Receipt Number 465401002969. (jd) (Entered: 04/13/2011) |
| 04/13/2011 | 24 | ORDER FOR ADMISSION OF COUNSEL PRO HAC VICE ON WRITTEN MOTION granting 23 Motion for Jonathan M. Freiman to Appear Pro Hac Vice on behalf of Defendant Indian National Congress Party. Counsel shall forward the pro hac vice fee to the Clerk of Court. (Signed by Judge Robert W. Sweet on 4/12/11). (djc) (Entered: 04/14/2011) |
| 06/13/2011 | 25 | FILING ERROR – DEFICIENT DOCKET ENTRY – FIRST MOTION for Scott D. Corrigan and Jonathan M. Freiman to Withdraw as Attorney *for defendant, Indian National Congress Party, a/k/a "Congress (I)"*. Document filed by Indian National Congress Party, Kamal Nath. (Attachments: # 1 Affidavit Declaration of N. Rele in Support, # 2 Affidavit Certificate of Service)(Corrigan, Scott) Modified on 6/14/2011 (db). (Entered: 06/13/2011) |
| 06/13/2011 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Scott David Corrigan to RE–FILE Document 25 FIRST MOTION for Scott D. Corrigan and Jonathan M. Freiman to |

| | | |
|---|---|---|
| | | Withdraw as Attorney *for defendant, Indian National Congress Party, a/k/a "Congress (I)"*. FIRST MOTION for Scott D. Corrigan and Jonathan M. Freiman to Withdraw as Attorney *for defendant, Indian National Congress Party, a/k/a "Congress (I)"*. ERROR(S): Supporting Documents are filed separately, each receiving their own document #. (db) (Entered: 06/14/2011) |
| 06/14/2011 | 26 | MOTION for Scott D. Corrigan and Jonathan M. Freiman to Withdraw as Attorney *of Record*. Document filed by Indian National Congress Party, Kamal Nath.(Corrigan, Scott) (Entered: 06/14/2011) |
| 06/14/2011 | 27 | DECLARATION of Niket Rele in Support re: 26 MOTION for Scott D. Corrigan and Jonathan M. Freiman to Withdraw as Attorney *of Record*.. Document filed by Indian National Congress Party, Kamal Nath. (Corrigan, Scott) (Entered: 06/14/2011) |
| 06/21/2011 | 28 | AFFIRMATION of Service of Michael G. Fitzgerald. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. (mbe) (Entered: 06/22/2011) |
| 06/24/2011 | 29 | ENDORSED LETTER addressed to Judge Robert W. Sweet from David M. Lindley dated 6/16/2011 re: Counsel will continue to work on reducing the length of Defendant's Memorandum, counsel requests permission to file an over-sized brief of 32 pages. ENDORSEMENT: So ordered. (Signed by Judge Robert W. Sweet on 6/22/2011) (tro) (Entered: 06/24/2011) |
| 06/24/2011 | 30 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Adam Finkel dated 6/14/2011 re: request the Court, as well as all parties, to kindly note my firm will not be representing INCP in this, or any other, litigation. ENDORSEMENT: So Ordered. (Signed by Judge Robert W. Sweet on 6/22/2011) (jar) (Entered: 06/24/2011) |
| 06/24/2011 | 31 | MOTION to Dismiss for Lack of Jurisdiction *and insufficient process*. Document filed by Kamal Nath. Responses due by 7/25/2011 Return Date set for 9/21/2011 at 12:00 PM.(Lindley, David) (Entered: 06/24/2011) |
| 06/24/2011 | 32 | MEMORANDUM OF LAW in Support re: 31 MOTION to Dismiss for Lack of Jurisdiction *and insufficient process*.. Document filed by Kamal Nath. (Attachments: # 1 Appendix Unpublished Decisions Cited in Memorandum)(Lindley, David) (Entered: 06/24/2011) |
| 06/24/2011 | 33 | AFFIDAVIT of Kamal Nath in Support re: 31 MOTION to Dismiss for Lack of Jurisdiction *and insufficient process*.. Document filed by Kamal Nath. (Lindley, David) (Entered: 06/24/2011) |
| 06/24/2011 | 34 | AFFIDAVIT of Khalid Bin Jamal in Support re: 31 MOTION to Dismiss for Lack of Jurisdiction *and insufficient process*.. Document filed by Kamal Nath. (Lindley, David) (Entered: 06/24/2011) |
| 06/24/2011 | 35 | DECLARATION of Sushil Malhotra in Support re: 31 MOTION to Dismiss for Lack of Jurisdiction *and insufficient process*.. Document filed by Kamal Nath. (Lindley, David) (Entered: 06/24/2011) |
| 06/24/2011 | 36 | DECLARATION of Gavin Hurst in Support re: 31 MOTION to Dismiss for Lack of Jurisdiction *and insufficient process*.. Document filed by Kamal Nath. (Lindley, David) (Entered: 06/24/2011) |
| 06/24/2011 | 37 | DECLARATION of Brian Janik in Support re: 31 MOTION to Dismiss for Lack of Jurisdiction *and insufficient process*.. Document filed by Kamal Nath. (Lindley, David) (Entered: 06/24/2011) |
| 06/24/2011 | 38 | AFFIDAVIT of G.C. Malhotra in Support re: 31 MOTION to Dismiss for Lack of Jurisdiction *and insufficient process*.. Document filed by Kamal Nath. (Lindley, David) (Entered: 06/24/2011) |
| 06/24/2011 | 39 | MEMO ENDORSED granting 26 Motion to Withdraw as Attorney. Attorney Scott David Corrigan and Jonathan M. Freiman terminated (Signed by Judge Robert W. Sweet on 6/22/11) (cd) (Entered: 07/06/2011) |

| | | |
|---|---|---|
| 07/18/2011 | 40 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Michael F. Fitzgerald dated 7/14/2011 re: Counsel for the Plaintiff writes to request until 8/12/2011 to file a response to the defendant's motion to dismiss, and until 8/26/2011 for the defendant's time to reply. ENDORSEMENT: So ordered. (Responses due by 8/12/2011. Replies due by 8/26/2011.) (Signed by Judge Robert W. Sweet on 7/15/2011) (ab) (Entered: 07/18/2011) |
| 08/12/2011 | 41 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Michael F. Fitzgerald dated 8/8/11 re: We respectfully request leave to file an over-sized brief of 32 pages. ENDORSEMENT: So ordered. (Signed by Judge Robert W. Sweet on 8/10/11) (rjm) (Entered: 08/12/2011) |
| 08/12/2011 | 42 | MEMORANDUM OF LAW OF PLAINTIFFS in Opposition re: 31 MOTION to Dismiss for Lack of Jurisdiction *and insufficient process*. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. (lmb) (Entered: 08/15/2011) |
| 08/12/2011 | 43 | AFFIRMATION of Michael F. Fitzgerald in Opposition re: 31 MOTION to Dismiss for Lack of Jurisdiction *and insufficient process*. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. (lmb)(Attachments: Exhibits 1-6) Modified on 8/15/2011 (lmb). (Entered: 08/15/2011) |
| 08/15/2011 | 44 | AFFIDAVIT OF SERVICE of Memorandum of Law, Affirmation and Affidavit in Opposition to Motion to Dismiss served on Kamal Nath, Indian Legal Heritage on August 12, 2011. Service was accepted by Pillsbury Winthrop Shaw Pittman, Dahiya Law Group. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. (Fitzgerald, Michael) (Entered: 08/15/2011) |
| 08/26/2011 | 45 | REPLY MEMORANDUM OF LAW in Support re: 31 MOTION to Dismiss for Lack of Jurisdiction *and insufficient process*.. Document filed by Kamal Nath. (Attachments: # 1 Appendix of Unpublished Decisions Cited Tabs 1-3, # 2 Appendix of Unpublished Decisions Cited Tabs 4-5, # 3 Appendix of Unpublished Decisions Cited Tabs 6-7, # 4 Appendix of Unpublished Decisions Cited Tabs 8-10)(Lindley, David) (Entered: 08/26/2011) |
| 08/30/2011 | 46 | ENDORSED LETTER addressed to Judge Robert W. Sweet from David M. Lindley dated 8/22/2011 re: While we continue to work on reducing the length of the Reply Brief, we respectfully request permission to file an oversize brief of 16 pages. ENDORSEMENT: So Ordered.. (Signed by Judge Robert W. Sweet on 8/25/2011) (rdz) (Entered: 08/30/2011) |
| 10/06/2011 | 47 | CLERK'S CERTIFICATE OF DEFAULT as to Indian National Congress Party a/k/a "Congress (I)". (ml) (Entered: 10/06/2011) |
| 02/02/2012 | 48 | MOTION for Default Judgment against defendant Indian National Congress Party. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. Return Date set for 2/29/2012 at 09:30 AM.(ft) (Entered: 02/03/2012) |
| 02/02/2012 | 49 | AFFIRMATION of Michael F. Fitzgerald. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. (ft) (Entered: 02/03/2012) |
| 02/02/2012 | 50 | MEMORANDUM OF LAW in Support re: 48 MOTION for Default Judgment. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. (ft) (Entered: 02/03/2012) |
| 02/06/2012 | 51 | AFFIDAVIT OF SERVICE of notice of motion, affirmation with exhibits, memorandum of law in support of motion for default judgment served on Indian National Congress Party a/k/a "Congress(I)," Kamal Nath, Indian Legal Heritage, Wiggin &Dana LLP, Sabharwal, Nordin &Finkel on 02/01/2012. Service was made by mail. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. (Fitzgerald, Michael) (Entered: 02/06/2012) |

| 02/06/2012 | 52 | ORDER: that Plaintiffs' motion for default judgment as to defendant Indian National Congress Party, dated February 2, 2012, will be heard at noon on Thursday, March 15, 2012, in Courtroom 18C., Set Deadlines/Hearing as to 48 MOTION for Default Judgment as to. :( Motion Hearing set for 3/15/2012 at 12:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 2/6/2012) (pl) (Entered: 02/06/2012) |
|---|---|---|
| 03/07/2012 | 53 | OPINION: #101539 For the reasons set forth above, the Amended Complaint as to Nath is dismissed without prejudice. (Signed by Judge Robert W. Sweet on 3/6/2012) (djc) Modified on 3/14/2012 (jab). (Entered: 03/07/2012) |
| 03/07/2012 | 61 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 53 Memorandum &Opinion. (tro) (Entered: 03/23/2012) |
| 03/12/2012 | 54 | AFFIDAVIT OF SERVICE of Motion for Default Judgment/Notice Change of Address served on (Supplemental Aff. of Service) Indian National Congress Party a/k/a "Congress (I)" on 02/01/2012. Service was made by Mail. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. (Attachments: # 1 Exhibit 1 – Proof of Mailing, # 2 Exhibit 2 – Mailing Envelopes Returned)(Fitzgerald, Michael) (Entered: 03/12/2012) |
| 03/14/2012 | 55 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Thomas E. Lynch dated 3/13/12 re: Counsel for defendant writes to request a two week adjournment of the hearing scheduled for 3/15/12. ENDORSEMENT: So ordered. (Signed by Judge Robert W. Sweet on 3/13/2012) (mro) (Entered: 03/14/2012) |
| 03/14/2012 | 56 | NOTICE OF APPEARANCE by Thomas E. Lynch on behalf of Indian National Congress Party (Lynch, Thomas) (Entered: 03/14/2012) |
| 03/16/2012 | 57 | ORDER. The previous scheduling order is hereby vacated and amended as follows: Plaintiffs' motion for default judgment as to defendant Indian National Congress Party, dated February 2, 2012, will be heard at noon on Wednesday, March 28, 2012, in Courtroom 18C. It is so ordered. (Signed by Judge Robert W. Sweet on 3/14/2012) (rjm) (Entered: 03/16/2012) |
| 03/16/2012 |  | Set/Reset Deadlines as to 48 MOTION for Default Judgment. Motion Hearing set for 3/28/2012 at 12:00 PM in Courtroom 18C, U.S. Courthouse, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet. (rjm) (Entered: 03/16/2012) |
| 03/21/2012 | 58 | FIRST MOTION for Reconsideration re; 53 Memorandum &Opinion *Sweet, USDJ*. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. Return Date set for 4/18/2012 at 09:30 AM.(Fitzgerald, Michael) (Entered: 03/21/2012) |
| 03/21/2012 | 59 | MEMORANDUM OF LAW in Support re: 58 FIRST MOTION for Reconsideration re; 53 Memorandum &Opinion *Sweet, USDJ*.FIRST MOTION for Reconsideration re; 53 Memorandum &Opinion *Sweet, USDJ*.. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. (Fitzgerald, Michael) (Entered: 03/21/2012) |
| 03/21/2012 | 60 | AFFIDAVIT OF SERVICE of Motion for Reconsideration served on Kamal Nath, Indian National Congress Party, a/k/a, "Congress (I)", Indian Legal Heritage on 03/21/2012. Service was made by Mail. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. (Fitzgerald, Michael) (Entered: 03/21/2012) |
| 03/23/2012 | 62 | ORDER: Plaintiffs' motion for reconsideration, dated March 21, 2012, will be heard on submission, without oral argument, on Wednesday, April 18, 2012. (Signed by Judge Robert W. Sweet on 3/23/2012) (ft) (Entered: 03/23/2012) |
| 03/26/2012 | 63 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Indian National Congress Party. (Attachments: # 1 Certificate of Service)(Lynch, Thomas) (Entered: 03/26/2012) |

| | | |
|---|---|---|
| 03/26/2012 | 64 | MEMORANDUM OF LAW in Opposition re: 48 MOTION for Default Judgment as to. *Indian National Congress Party*. Document filed by Indian National Congress Party. (Attachments: # 1 Certificate of Service)(Lynch, Thomas) (Entered: 03/26/2012) |
| 03/29/2012 | 65 | ORDER: The previous scheduling order is hereby vacated and amended as follows: Plaintiffs' motion for default judgment as to defendant Indian National Congress Party, dated February 2, 2012, will be heard at noon on Tuesday, May 1, 2012, in Courtroom 18C. ( Oral Argument set for 5/1/2012 at 12:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 3/28/2012) (lmb) (Entered: 03/29/2012) |
| 04/06/2012 | 66 | MEMORANDUM OF LAW in Opposition re: 58 FIRST MOTION for Reconsideration re; 53 Memorandum &Opinion *Sweet, USDJ*.FIRST MOTION for Reconsideration re; 53 Memorandum &Opinion *Sweet, USDJ*.. Document filed by Kamal Nath. (Lindley, David) (Entered: 04/06/2012) |
| 04/16/2012 | 67 | REPLY MEMORANDUM OF LAW in Support re: 58 FIRST MOTION for Reconsideration re; 53 Memorandum &Opinion *Sweet, USDJ*.FIRST MOTION for Reconsideration re; 53 Memorandum &Opinion *Sweet, USDJ*.. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. (Fitzgerald, Michael) (Entered: 04/16/2012) |
| 04/17/2012 | 68 | AFFIDAVIT OF SERVICE of Reply Memorandum of Law in support of Plaintiffs' Motion for Reconsideration served on Kamal Nath, Indian National Congress Party, a/k/a, "Congress I" and Indian Legal Heritage on 04/16/2012. Service was made by Mail. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. (Fitzgerald, Michael) (Entered: 04/17/2012) |
| 04/23/2012 | 69 | ORDER: The previous scheduling order is hereby amended as follows: Plaintiffs' motion for default judgment, dated February 2, 2012, as to defendant Indian National Congress Party, will be heard at noon on Wednesday, May 9, 2012, in Courtroom 18C. Set Deadlines/Hearing as to 48 MOTION for Default Judgment:( Motion Hearing set for 5/9/2012 at 12:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 4/23/2012) (mro) (Entered: 04/23/2012) |
| 04/23/2012 | 70 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Michael F. Fitzgerald dated 4/18/12 re: Counsel for the plaintiffs requests an extension until 4/30/12 to file their reply memorandum in support of their motion for judgment by default. ENDORSEMENT: So ordered. (Signed by Judge Robert W. Sweet on 4/19/2012) (mro) (Entered: 04/23/2012) |
| 04/23/2012 | | Set/Reset Deadlines as to 48 MOTION for Default: Replies due by 4/30/2012. (mro) (Entered: 04/23/2012) |
| 04/25/2012 | 71 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Thomas E. Lynch dated 4/24/2012 re: Counsel writes to request this Court's leave to file a declaration in support to plaintiff's pending motion for entry of a default judgment scheduled to be heard on 5/9/12. ENDORSEMENT: So Ordered. (Signed by Judge Robert W. Sweet on 4/25/2012) (jfe) (Entered: 04/25/2012) |
| 04/25/2012 | 72 | DECLARATION of Motilal Vora in Opposition re: 48 MOTION for Default Judgment as to.. Document filed by Indian National Congress Party. (Attachments: # 1 Certificate of Service)(Lynch, Thomas) (Entered: 04/25/2012) |
| 04/30/2012 | 73 | REPLY MEMORANDUM OF LAW in Support re: 48 MOTION for Default Judgment as to.. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. (Fitzgerald, Michael) (Entered: 04/30/2012) |
| 05/07/2012 | 74 | NOTICE OF APPEARANCE by Geoffrey Shannon Stewart on behalf of Indian National Congress Party (Stewart, Geoffrey) (Entered: 05/07/2012) |
| 05/09/2012 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Motion Hearing held on 5/9/2012 re: 48 MOTION for Default Judgment filed by Kamaljit Kaur |

| | | |
|---|---|---|
| | | Girin, Davinder Pal Bhatia, Mohinder Singh, Iqbal Kaur Bhatia, Tejinder Singh, Jasbir Singh, Manjit Singh, "Sikhs For Justice". (cd) (Entered: 05/11/2012) |
| 05/29/2012 | 75 | MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings*. Document filed by Indian National Congress Party. Responses due by 6/15/2012 Return Date set for 6/27/2012 at 12:00 PM.(Stewart, Geoffrey) (Entered: 05/29/2012) |
| 05/29/2012 | 76 | MEMORANDUM OF LAW in Support re: 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings*.. Document filed by Indian National Congress Party. (Stewart, Geoffrey) (Entered: 05/29/2012) |
| 05/29/2012 | 77 | DECLARATION of Geoffrey S. Stewart in Support re: 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings*.. Document filed by Indian National Congress Party. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Stewart, Geoffrey) (Entered: 05/29/2012) |
| 05/29/2012 | 78 | CERTIFICATE OF SERVICE. Document filed by Indian National Congress Party. (Stewart, Geoffrey) (Entered: 05/29/2012) |
| 06/05/2012 | 79 | ORDER: Defendants' motion to dismiss the Plaintiffs' First Amended Complaint or, in the alternative, for an order staying proceedings pending the Supreme Court's decision in Kiobel v. Royal Dutch Petroleum, dated May 29, 2012, shall be heard on submission, without oral argument, on June 27, 2012. All motion papers shall be served in accordance with Local Civil Rule 6.1. (Signed by Judge Robert W. Sweet on 5/31/2012) (laq) (Entered: 06/05/2012) |
| 06/12/2012 | 80 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Michael F. Fitzgerald dated 6/11/2012 re: I am writing to request a brief extension of plaintiffs' time to file their opposition to defendant Indian National Congress Party's motion to dismiss or stay the proceedings and to extend the submission date. Counsel for the defendant and I agreed to a two week extension of plaintiffs' time to file their opposition from June 15 to June 29 and further that the defendant would have until July 13 to file its reply with the submission date moved from June 27 to July 18, 2012. ENDORSEMENT: So ordered., ( Responses due by 6/29/2012., Replies due by 7/13/2012.) (Signed by Judge Robert W. Sweet on 6/12/2012) (lmb) (Entered: 06/13/2012) |
| 06/26/2012 | 81 | DECLARATION of Motilal Vora in Support re: 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings*.. Document filed by Indian National Congress Party. (Attachments: # 1 Certificate of Service)(Lynch, Thomas) (Entered: 06/26/2012) |
| 06/26/2012 | 82 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Thomas E. Lynch dated 6/20/2012 re: Counsel for the defendant requests leave of the Court to file a supplemental declaration of Minister Motilal Vora in further support of the INCP's pending motion. ENDORSEMENT: So ordered. (Signed by Judge Robert W. Sweet on 6/22/2012) (ft) (Entered: 06/26/2012) |
| 06/29/2012 | 83 | CROSS MOTION To consolidate pending motions; grant jurisdictional discovery; declare service effected; prescribe alternate method of service; further amend the complaint re: 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings*.. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. Return Date set for 7/25/2012 at 09:30 AM.(Fitzgerald, Michael) (Additional attachment(s) added on 7/19/2012: # 1 Exhibit) (cd). (Entered: 06/29/2012) |
| 06/29/2012 | 84 | MEMORANDUM OF LAW in Support re: 83 CROSS MOTION To consolidate pending motions; grant jurisdictional discovery; declare service effected; prescribe alternate method of service; further amend the complaint re: 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings*CROSS MOTION To consolidate pending motions; grant jurisdictional discovery; declare service effected; prescribe alternate method of service; further amend the complaint re: 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings*, 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings. And In Opposition to Motion*. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder |

| | | |
|---|---|---|
| | | Singh. (Fitzgerald, Michael) (Entered: 06/29/2012) |
| 06/29/2012 | 85 | AFFIRMATION of Michael F. Fitzgerald, Esq. – In Opposition to Motion and in Support of Cross Motion in Support re: 83 CROSS MOTION To consolidate pending motions; grant jurisdictional discovery; declare service effected; prescribe alternate method of service; further amend the complaint re: 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings*CROSS MOTION To consolidate pending motions; grant jurisdictional discovery; declare service effected; prescribe alternate method of service; further amend the complaint re: 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings*, 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings*.. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. (Fitzgerald, Michael) (Entered: 06/29/2012) |
| 07/09/2012 | 86 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Michael F. Fitzgerald dated 7/2/2012 re: It would be greatly appreciated if Your Honor would grant leave to plaintiffs pursuant to ECF Rule 5.1 to file hard copies of the exhibits. ENDORSEMENT: So ordered. (Signed by Judge Robert W. Sweet on 7/2/2012) (rjm) (Entered: 07/09/2012) |
| 07/13/2012 | 87 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Thomas E. Lynch dated 7/9/2012 re: Counsel requests permission to file a single brief, not exceeding 17 pages, as both a reply and opposing memorandum of law under the local Court rules. ENDORSEMENT: So Ordered. (Signed by Judge Robert W. Sweet on 7/11/2012) (jfe) (Entered: 07/13/2012) |
| 07/13/2012 | 88 | REPLY MEMORANDUM OF LAW in Support re: 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings*. *AND (2) IN RESPONSE TO PLAINTIFFS CROSS MOTION FOR VARIOUS RELIEF*. Document filed by Indian National Congress Party. (Attachments: # 1 Certificate of Service)(Stewart, Geoffrey) (Entered: 07/13/2012) |
| 07/20/2012 | 89 | REPLY MEMORANDUM OF LAW in Support re: 83 CROSS MOTION To consolidate pending motions; grant jurisdictional discovery; declare service effected; prescribe alternate method of service; further amend the complaint re: 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings*CROSS MOTION To consolidate pending motions; grant jurisdictional discovery; declare service effected; prescribe alternate method of service; further amend the complaint re: 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings*CROSS MOTION To consolidate pending motions; grant jurisdictional discovery; declare service effected; prescribe alternate method of service; further amend the complaint re: 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings*, 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings*.. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. (Fitzgerald, Michael) (Entered: 07/20/2012) |
| 07/20/2012 | 90 | AFFIDAVIT of Rick Hamilton in Support re: 83 CROSS MOTION To consolidate pending motions; grant jurisdictional discovery; declare service effected; prescribe alternate method of service; further amend the complaint re: 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings*CROSS MOTION To consolidate pending motions; grant jurisdictional discovery; declare service effected; prescribe alternate method of service; further amend the complaint re: 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings*CROSS MOTION To consolidate pending motions; grant jurisdictional discovery; declare service effected; prescribe alternate method of service; further amend the complaint re: 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings*, 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings*.. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. (Attachments: # 1 Exhibit 1 – PFI Status Report 7/17/12, # 2 Exhibit 2 – PFI Status Report 7/17/12)(Fitzgerald, Michael) (Entered: 07/20/2012) |
| 09/21/2012 | 91 | OPINION re: #102387 83 CROSS MOTION To consolidate pending motions; grant jurisdictional discovery; declare service effected; prescribe alternate method |

| | | |
|---|---|---|
| | | of service; further amend the complaint re: 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings*CROSS MOTION To consolidate pending motions; grant jurisdictional discovery; declare service effected; prescribe alternate method of service; further amend the complaint re: 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings*CROSS MOTION To consolidate pending motions; grant jurisdictional discovery; declare service effected; prescribe alternate method of service; further amend the complaint re: 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings* filed by Kamaljit Kaur Girin, Davinder Pal Bhatia, Mohinder Singh, Iqbal Kaur Bhatia, Tejinder Singh, Jasbir Singh, Manjit Singh, "Sikhs For Justice", 58 FIRST MOTION for Reconsideration re; 53 Memorandum &Opinion *Sweet, USDJ*.FIRST MOTION for Reconsideration re; 53 Memorandum &Opinion *Sweet, USDJ*. filed by Kamaljit Kaur Girin, Davinder Pal Bhatia, Mohinder Singh, Iqbal Kaur Bhatia, Jasbir Singh, Tejinder Singh, Manjit Singh, "Sikhs For Justice", 75 MOTION to Dismiss *or, in the Alternative, for a Stay of Proceedings*. filed by Indian National Congress Party, 48 MOTION for Default Judgment as to. filed by Kamaljit Kaur Girin, Davinder Pal Bhatia, Mohinder Singh, Iqbal Kaur Bhatia, Jasbir Singh, Tejinder Singh, Manjit Singh, "Sikhs For Justice". For the reasons set forth above, the Motion for Reconsideration and the Motion for Default Judgment is denied. The Defendant INC's Motion to Dismiss is granted in part and denied in part and the motion for a stay is granted. The Plaintiffs' cross–motions are denied in part and granted in part. Limited personal jurisdictional discovery is granted as to the INC, consistent with the procedures outlined herein and subject to the Supreme Court's outcome in Kiobel. (Signed by Judge Robert W. Sweet on 9/19/2012) (lmb) Modified on 9/28/2012 (jab). (Entered: 09/21/2012) |
| 09/25/2012 | 92 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 91 Memorandum &Opinion. (sj) (Entered: 09/27/2012) |
| 12/07/2012 | 93 | ORDER DESIGNATING CASE AN ECF CASE: The pending civil cases noted in the attachment to this Order are designated as cases to the Electronic Case Filing database (ECF), and as further set forth in this document. (Signed by Judge Robert W. Sweet on 12/6/2012) (cd) (Entered: 12/07/2012) |
| 12/07/2012 | | Case Designated ECF. (cd) (Entered: 12/07/2012) |
| 05/21/2013 | 94 | PRETRIAL ORDER: Pretrial Conference set for 5/29/2013 at 04:30 PM, in Courtroom 18–C, before Judge Robert W. Sweet, and as further set forth in this document. (Signed by Judge Robert W. Sweet on 5/21/2013) (cd) Modified on 5/24/2013 (cd). (Entered: 05/21/2013) |
| 05/29/2013 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Pretrial Conference held on 5/29/2013. (mro) (Entered: 05/31/2013) |
| 06/04/2013 | 95 | NOTICE OF APPEARANCE by Ravi Batra on behalf of Indian National Congress Party (Batra, Ravi) (Entered: 06/04/2013) |
| 06/26/2013 | 96 | MOTION to Substitute Attorney. Old Attorney: Jones Day, New Attorney: Law Firm of Ravi Batra, P.C.. Document filed by Indian National Congress Party.(Stewart, Geoffrey) (Entered: 06/26/2013) |
| 06/26/2013 | 97 | DECLARATION of Geoffrey S. Stewart in Support re: 96 MOTION to Substitute Attorney. Old Attorney: Jones Day, New Attorney: Law Firm of Ravi Batra, P.C... Document filed by Indian National Congress Party. (Stewart, Geoffrey) (Entered: 06/26/2013) |
| 06/26/2013 | 98 | CERTIFICATE OF SERVICE. Document filed by Indian National Congress Party. (Stewart, Geoffrey) (Entered: 06/26/2013) |
| 06/27/2013 | 99 | DECLARATION of Ravi Batra in Support re: 96 MOTION to Substitute Attorney. Old Attorney: Jones Day, New Attorney: Law Firm of Ravi Batra, P.C... Document filed by Indian National Congress Party. (Batra, Ravi) (Entered: 06/27/2013) |
| 07/16/2013 | 100 | MEMO ENDORSED granting 96 Motion to Substitute Attorney. Attorney Thomas E. Lynch and Geoffrey Shannon Stewart terminated. ENDORSEMENT: So Ordered. (Signed by Judge Robert W. Sweet on 7/12/2013) (cd) (Entered: 07/16/2013) |

| Date | # | Description |
|---|---|---|
| 11/13/2013 | 101 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Michael F. Fitzgerald dated 11/12/2013 re: Request to lift the stay in this action. ENDORSEMENT: The stay in this action is lifted, the decision of the Court of Appeals having been filed. (Signed by Judge Robert W. Sweet on 11/12/2013) (cd) (Entered: 11/14/2013) |
| 11/20/2013 | 102 | SECOND AMENDED COMPLAINT amending 16 Amended Complaint, against Indian National Congress Party, Kamal Nath with JURY DEMAND. Document filed by Tejinder Singh, Mohinder Singh, Iqbal Kaur Bhatia, Jasbir Singh, Davinder Pal Bhatia, "Sikhs For Justice", Kamaljit Kaur Girin, Manjit Singh. Related document: 16 Amended Complaint, filed by Kamaljit Kaur Girin, Davinder Pal Bhatia, Mohinder Singh, Iqbal Kaur Bhatia, Tejinder Singh, Jasbir Singh, Manjit Singh, "Sikhs For Justice".(ja) (Entered: 11/22/2013) |
| 11/22/2013 | 103 | AFFIDAVIT OF SERVICE of Plaintiffs' Second Amended Complaint served on Indian National Congress Party a/k/a "Congress I" and Indian Legal Heritage on 11/20/2013. Service was made by mail. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. (Fitzgerald, Michael) (Entered: 11/22/2013) |
| 12/18/2013 | 104 | PRETRIAL ORDER: Counsel are directed to appear in courtroom 18C on January 22, 2014 at 4:00 p.m. for a pretrial conference for the purpose of resolving any outstanding discovery or other issues, and setting a time for trial. Plaintiff(s) counsel ARE REQUIRED TO NOTIFY COUNSEL FOR ALL PARTIES OF THIS CONFERENCE. (See Order). ( Pretrial Conference set for 1/22/2014 at 04:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 12/18/2013) (ja) (Entered: 12/18/2013) |
| 12/18/2013 | 105 | FIRST LETTER addressed to Judge Robert W. Sweet from Ravi Batra, Esq. (RB 4299) dated 12/18/2014 re: Request for Endorsement of Briefing Schedule. Document filed by Indian National Congress Party.(Batra, Ravi) (Entered: 12/18/2013) |
| 01/06/2014 | 106 | MEMO ENDORSEMENT on re: 105 Letter filed by Indian National Congress Party. ENDORSEMENT: So ordered. ( Motions due by 1/17/2014. Responses due by 2/17/2014, Replies due by 3/10/2014.) (Signed by Judge Robert W. Sweet on 12/24/2013) (tro) (Entered: 01/07/2014) |
| 01/09/2014 | 107 | FIRST LETTER MOTION for Leave to File Excess Pages *in memorandum of law in support of motion to dismiss the Second Amended Complaint,* addressed to Judge Robert W. Sweet from Ravi Batra, Esq. dated January 9, 2014. Document filed by Indian National Congress Party.(Batra, Ravi) (Entered: 01/09/2014) |
| 01/13/2014 | 108 | ORDER granting 107 Letter Motion for Leave to File Excess Pages. So ordered. (Signed by Judge Robert W. Sweet on 1/13/2014) (tro) (Entered: 01/14/2014) |
| 01/17/2014 | 109 | FIRST MOTION to Dismiss for Lack of Jurisdiction., MOTION to Dismiss *Second Amended Complaint*.( Responses due by 2/17/2014, Return Date set for 3/12/2014 at 12:00 PM.) Document filed by Indian National Congress Party.(Batra, Ravi) (Entered: 01/17/2014) |
| 01/17/2014 | 110 | FIRST MEMORANDUM OF LAW in Support re: 109 FIRST MOTION to Dismiss for Lack of Jurisdiction. MOTION to Dismiss *Second Amended Complaint*.. Document filed by Indian National Congress Party. (Batra, Ravi) (Entered: 01/17/2014) |
| 01/17/2014 | 111 | DECLARATION of Ravi Batra in Support re: 109 FIRST MOTION to Dismiss for Lack of Jurisdiction. MOTION to Dismiss *Second Amended Complaint*.. Document filed by Indian National Congress Party. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit)(Batra, Ravi) (Entered: 01/17/2014) |
| 01/17/2014 | 112 | DECLARATION of Hon. Motilal Vora in Support re: 109 FIRST MOTION to Dismiss for Lack of Jurisdiction. MOTION to Dismiss *Second Amended Complaint*.. Document filed by Indian National Congress Party. (Batra, Ravi) (Entered: 01/17/2014) |

| | | |
|---|---|---|
| 01/27/2014 | 113 | ORDER re: 109 FIRST MOTION to Dismiss for Lack of Jurisdiction. MOTION to Dismiss *Second Amended Complaint*, filed by Indian National Congress Party. Defendant's motion to dismiss, dated January 17, 2014, will be heard on Wednesday, March 19, 2014. All motion papers shall be served in accordance with Local Civil Rule 6.1. It is so ordered. (Signed by Judge Robert W. Sweet on 1/24/2014) (ja) (Entered: 01/28/2014) |
| 02/17/2014 | 114 | AFFIRMATION of Michael F. Fitzgerald, Esq. in Opposition re: 109 FIRST MOTION to Dismiss for Lack of Jurisdiction. MOTION to Dismiss *Second Amended Complaint*.. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. (Attachments: # 1 Exhibit Second Amended Complaint)(Fitzgerald, Michael) (Entered: 02/17/2014) |
| 02/17/2014 | 115 | MEMORANDUM OF LAW in Opposition re: 109 FIRST MOTION to Dismiss for Lack of Jurisdiction. MOTION to Dismiss *Second Amended Complaint*.. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. (Fitzgerald, Michael) (Entered: 02/17/2014) |
| 02/17/2014 | 116 | MEMORANDUM OF LAW in Opposition re: 109 FIRST MOTION to Dismiss for Lack of Jurisdiction. MOTION to Dismiss *Second Amended Complaint*.. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. (Fitzgerald, Michael) (Entered: 02/17/2014) |
| 02/25/2014 | 117 | FIRST LETTER MOTION for Leave to File Excess Pages *in defendant's reply memorandum of law in further support of its pending motion to dismiss,* addressed to Judge Robert W. Sweet from Todd B. Sherman (TS 4031) dated February 25, 2014. Document filed by Indian National Congress Party.(Batra, Ravi) (Entered: 02/25/2014) |
| 02/28/2014 | 118 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Michael F. Fitzgerald dated 2/12/14 re: Counsel writes to request a five page enlargement for briefs. ENDORSEMENT: So ordered. (Signed by Judge Robert W. Sweet on 2/25/2014) (mro) (Entered: 02/28/2014) |
| 03/04/2014 | 119 | ORDER granting 117 Letter Motion for Leave to File Excess Pages. So ordered. (Signed by Judge Robert W. Sweet on 2/28/2014) (rjm) (Entered: 03/05/2014) |
| 03/06/2014 | 120 | REPLY AFFIRMATION of Ravi Batra, Esq. (RB 4299) in Support re: 109 FIRST MOTION to Dismiss for Lack of Jurisdiction. MOTION to Dismiss *Second Amended Complaint*.. Document filed by Indian National Congress Party. (Attachments: # 1 Exhibit Exhibit 8 to Reply Declaration of Ravi Batra in further support of motion to dismiss (cited provisions of the Indian Succession Act, 1925))(Batra, Ravi) (Entered: 03/06/2014) |
| 03/06/2014 | 121 | REPLY MEMORANDUM OF LAW in Support re: 109 FIRST MOTION to Dismiss for Lack of Jurisdiction. MOTION to Dismiss *Second Amended Complaint*.. Document filed by Indian National Congress Party. (Batra, Ravi) (Entered: 03/06/2014) |
| 03/13/2014 | 122 | MEMO ENDORSEMENT on re: 117 FIRST LETTER MOTION for Leave to File Excess Pages *in defendant's reply memorandum of law in further support of its pending motion to dismiss,* addressed to Judge Robert W. Sweet from Todd B. Sherman (TS 4031) dated February 25, 2014.FIRST LETTER MOTION for Leave to File Excess Pages *in defendant's reply memorandum of law in further support of its pending motion to dismiss,* addressed to Judge Robert W. Sweet from Todd B. Sherman (TS 4031) dated February 25, 2014. filed by Indian National Congress Party. ENDORSEMENT: SO ORDERED. (Signed by Judge Robert W. Sweet on 3/6/2014) (ajs) (Entered: 03/13/2014) |
| 03/19/2014 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Oral Argument held on 3/19/2014 re: 109 FIRST MOTION to Dismiss for Lack of Jurisdiction. MOTION to Dismiss *Second Amended Complaint. filed by Indian National Congress Party. (sc) (Entered: 03/25/2014)* |

| | | |
|---|---|---|
| 03/20/2014 | 123 | LETTER addressed to Judge Robert W. Sweet from Ravi Batra, Esq. (RB 4299) dated March 20, 2014 re: Identification of other cases commenced by plaintiff Sikhs For Justice. Document filed by Indian National Congress Party. (Attachments: # 1 Exhibit Notice of Motion filed in SFJ v Gandhi, 13 Civ 04920 (BMC) (EDNY))(Batra, Ravi) (Entered: 03/20/2014) |
| 04/25/2014 | 124 | OPINION #104266. Based on the conclusions set forth in this Opinion, Defendants' motion to dismiss the SAC is granted. It is so ordered. re: 109 FIRST MOTION to Dismiss for Lack of Jurisdiction. MOTION to Dismiss *Second Amended Complaint* filed by Indian National Congress Party. (Signed by Judge Robert W. Sweet on 4/24/2014) (rjm) Modified on 4/30/2014 (ca). (Entered: 04/28/2014) |
| 04/25/2014 | | Transmission to Judgments and Orders Clerk. Transmitted re: 124 Memorandum & Opinion to the Judgments and Orders Clerk. (rjm) (Entered: 04/28/2014) |
| 04/28/2014 | 125 | CLERK'S JUDGMENT: It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion dated April 24, 2014, Defendants motion to dismiss is granted and the second amended complaint is dismissed; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 4/28/2014) (Attachments: # 1 Notice of Right to Appeal)(jno) (Entered: 04/28/2014) |
| 05/23/2014 | 126 | NOTICE OF APPEAL from 53 Memorandum & Opinion, 124 Memorandum & Opinion, 125 Clerk's Judgment, 91 Memorandum & Opinion,,,,,,,,. Document filed by "Sikhs For Justice", Davinder Pal Bhatia, Iqbal Kaur Bhatia, Kamaljit Kaur Girin, Jasbir Singh, Manjit Singh, Mohinder Singh, Tejinder Singh. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Fitzgerald, Michael) (Entered: 05/23/2014) |

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 27, 2014
Docket #: 14-1724cv
Short Title: "Sikhs For Justice" v. Nath

DC Docket #: 10-cv-2940
DC Court: SDNY (NEW YORK CITY)
DC Judge: Sweet

### DOCKETING NOTICE

A notice of appeal filed by "Sikhs For Justice" et al. in the above referenced case was docketed today as 14-1724. This number must appear on all documents related to this case that are filed in this Court. For pro se parties the docket sheet with the caption page, and an Acknowledgment and Notice of Appearance Form are enclosed. In counseled cases the docket sheet is available on PACER. Counsel must access the Acknowledgment and Notice of Appearance Form from this Court's website http://www.ca2.uscourts.gov.

The form must be completed and returned within 14 days of the date of this notice. The form requires the following information:

YOUR CORRECT CONTACT INFORMATION: Review the party information on the docket sheet and note any incorrect information in writing on the Acknowledgment and Notice of Appearance Form.

The Court will contact one counsel per party or group of collectively represented parties when serving notice or issuing our order. Counsel must designate on the Acknowledgment and Notice of Appearance a lead attorney to accept all notices from this Court who, in turn will, be responsible for notifying any associated counsel.

CAPTION: This Court must use the district court caption See FRAP 12(a), 32(a). Please review the caption carefully and promptly advise this Court of any improper or inaccurate designations in writing on the Acknowledgment and Notice of Appearance form. If a party has been terminated from the case the caption may reflect that change only if the district court judge ordered that the caption be amended.

APPELLATE DESIGNATIONS: Please review whether appellant is listed correctly on the party listing page of the docket sheet and in the caption. If there is an error, please note on the Acknowledgment and Notice of Appearance Form. Timely submission of the Acknowledgment and Notice of Appearance Form will constitute compliance with the requirement to file a Representation Statement required by FRAP 12(b).

For additional information consult the Court's instructions posted on the website.

Inquiries regarding this case may be directed to 212-857-8541.